1  PAUL L. REIN, Esq. (SBN 43053)
2  AARON M. CLEFTON, Esq.  (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  info@reincleftonlaw.com

6  Attorneys for Plaintiff
   JAYSON KINCAID

7  GREGORY M. GENTILE (SBN 142424)
8  CHANTEL E. LAFRADES (SBN 282442)
   ROPERS MAJESKI PC
9  50 W. SAN FERNANDO STREET STE, 1300
   SAN JOSE, CA 95112
10 TEL: (408) 287-6262
   FAX: (408) 918-4501
11 Email: gregory.gentile@ropers.com
   chantel.lafrades@ropers.com

12 Attorneys for Defendants
13 MONTCLAIR PHYSICAL THERAPY, INC. dba ACTIVE
   METHOD PHYSICAL THERAPY and DAVID E. BELL

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| JAYSON KINCAID, | CASE NO. 3:20-cv-01743-JCS |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| MONTCLAIR PHYSICAL THERAPY, INC. dba ACTIVE METHOD PHYSICAL  THERAPY; DAVID E. BELL, | Action Filed:  March 11, 2020 |
| Defendants. | |

## STIPULATION

Plaintiff JAYSON KINCAID ("Plaintiff") and Defendants MONTCLAIR PHYSICAL

THERAPY, INC. dba ACTIVE METHOD PHYSICAL THERAPY; DAVID E. BELL

- 1 -

("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED:  October 2,  2020                    REIN & CLEFTON

By: */s/ Aaron Clefton*
AARON CLEFTON, Esq.
Attorneys for Plaintiff
JAYSON KINCAID

DATED:  October 2, 2020                    ROPERS MAJESKI PC

By: */s/ Gregory M. Gentile*
GREGORY M. GENTILE, Esq.
Attorneys for Defendants
MONTCLAIR PHYSICAL THERAPY, INC.
dba ACTIVE METHOD PHYSICAL
THERAPY and DAVID E. BELL

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that October 2, 2020, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Gregory M. Gentile in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2020

                                              Honorable Joseph C. Spero
                                              U.S. Magistrate Judge