PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAYSON KINCAID

GREGORY M. GENTILE (SBN 142424)
CHANTEL E. LAFRADES (SBN 282442)
ROPERS MAJESKI PC
50 W. SAN FERNANDO STREET STE, 1300
SAN JOSE, CA 95112
TEL: (408) 287-6262
FAX: (408) 918-4501
Email: gregory.gentile@ropers.com
chantel.lafrades@ropers.com

Attorneys for Defendants
MONTCLAIR PHYSICAL THERAPY, INC. dba ACTIVE
METHOD PHYSICAL THERAPY and DAVID E. BELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON KINCAID,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTCLAIR PHYSICAL THERAPY, INC. dba ACTIVE METHOD PHYSICAL  THERAPY; DAVID E. BELL,<br><br>    Defendants. | CASE NO. 3:20-cv-01743-JCS<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  March 11, 2020 |

## **STIPULATION**

Plaintiff JAYSON KINCAID ("Plaintiff") and Defendants MONTCLAIR PHYSICAL

THERAPY, INC. dba ACTIVE METHOD PHYSICAL THERAPY; DAVID E. BELL

("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: October 2, 2020						REIN & CLEFTON

							By: */s/ Aaron Clefton*
							AARON CLEFTON, Esq.
							Attorneys for Plaintiff
							JAYSON KINCAID

DATED: October 2, 2020						ROPERS MAJESKI PC

							By: */s/ Gregory M. Gentile*
							GREGORY M. GENTILE, Esq.
							Attorneys for Defendants
							MONTCLAIR PHYSICAL THERAPY, INC.
							dba ACTIVE METHOD PHYSICAL
							THERAPY and DAVID E. BELL

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that October 2, 2020, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Gregory M. Gentile in the filing of this document.

							*/s/ Aaron Clefton*
							Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated:  10/7    , 2020

_____
Honorable Joseph C. Spero
U.S. Magistrate Judge